# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division
### CASE NO.  3:21cv00472-RJC-DSC

CASEY MCCOY,

       **Plaintiff,**

   **v.**                                **<u>REPORT OF MEDIATION</u>**

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

       **Defendant**

The undersigned mediator reports the following result of a Mediated Settlement Conference held on March 2, 2022, and adjourned to allow further negotiations.  Today the undersigned was informed that the negotiations have been successful and that the case is resolved.

The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

     X       All individual parties and their counsel.
     X       Designated corporate representatives.
     X       Required claims professionals.
     ☐       Other (Describe).

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

The outcome of the Mediation Session was:

     ☐       The parties have reached an impasse.

     X       The case has been completely settled.  Counsel will promptly notify the Court of settlement by:

            ☐       The filing of a settlement agreement signed by the parties within

thirty (30) days of the filing of this report.

X       The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

☐       The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.

Date:  June 6, 2022

/s/ Frank Goldsmith
FRANK GOLDSMITH, Mediator
GOLDSMITH RESOLUTIONS
P.O. Box 102
Fairview, NC 28730
Tel.  (828) 230-6977
E-mail: frank@goldsmithresolutions.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served counsel of record for all parties with the attached Certification of Mediation Session by causing a copy thereof to be sent via e-mail through the Court's ECF system.

This the 6th day of June, 2022.

s/Frank Goldsmith
FRANK GOLDSMITH
Mediator

- 2 -