IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:21-CV-00472-RJC-DSC

| | |
|---|---|
| CASEY MCCOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| | ) |
|     Defendant. | ) |
| | ) |

> **JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Now come the parties, by and through counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action, with prejudice, with

each party to bear its own attorney's fee, expenses and costs.

Respectfully submitted, this the 21st day of June, 2022.

/s/Charles McB. Sasser
Charles McB. Sasser
N.C. State Bar No. 10027
The Sasser Law Firm, P.A.
1011 East Morehead Street, Suite 350
Charlotte, NC 28204
Telephone: (704) 342-4200
Email: msasser@sasserlawoffice.com

*Counsel for Plaintiff Casey McCoy*

/s/Gemma L. Saluta
Gemma L. Saluta
N.C. State Bar No. 37032
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3710
Fax: (336) 726-6020
E-Mail: Gemma.Saluta@wbd-us.com

*Counsel for Defendant Unum Life Insurance
Company of America*

## CERTIFICATE OF SERVICE

Counsel for the Plaintiff certifies that the foregoing *Joint Stipulation of Voluntary Dismissal* was filed with the Court's ECF system which will serve electronic notice upon the following:

Gemma L. Saluta
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Facsimile No.: 336-726-2227
Electronic Mail:       Gemma.Saluta@wbd-us.com

This 21st day of June, 2022.

**s/Charles McB. Sasser**
Charles McB. Sasser, N.C. Bar No. 10027
Attorney for Plaintiff
THE SASSER LAW FIRM, P.A.
Suite 350, 1011 E. Morehead Street
Charlotte, NC  28204
Telephone: (704) 342-4200
Facsimile: (704)342-0798
Email: MSasser@sasserlawoffice.com